Nov. Term, 1859.

PATTERSON
v.
WATTS.

---

PATTERSON and Others *v.* WATTS and Another.

Saturday, December 3.

APPEAL from the *Johnson* Circuit Court.

*Per Curiam.*—This cause was decided upon demurrer, and to the ruling below the record shows no exception. As this point is made by the appellees, we are not at liberty to pass over it. According to repeated adjudications, there is no question before us for decision.

The judgment is affirmed with costs.

*D. Wallace* and *J. Coburn*, for the appellants.

*W. Herod*, *S. Stansifer*, *G. M. Overstreet*, and *A. B. Hunter*, for the appellees.